Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
Shay Digenan, NV Bar No. 16397
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
jason@rafiilaw.com
rachel@rafiilaw.com
shay@rafiilaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JALA HARPER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., a foreign corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: |

## <u>SUMMONS IN CIVIL ACTION</u>

To:    SOUTHWEST AIRLINES CO.
         2702 Love Field Dr.,
         Dallas, TX 75235

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the Plaintiff through her attorney at the following address:

**SUMMONS**

1

Jason Kuller
Nevada Bar No. 12244
RAFII & ASSOCIATES, P.C.
1120 North Town Center Dr., Suite 130
Las Vegas, Nevada 89144

2

3

4   If you fail to respond, judgment by default will be entered against you for the relief demanded in the

5   Complaint. You also must file your answer or motion with the Court.

6

7                                                              **CLERK OF THE COURT**

8

9   Date:  _____          _____

10                                                             *Signature of the Clerk or Deputy Clerk*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**SUMMONS**