UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JALA HARPER,<br><br>    Plaintiff<br><br>v.<br><br>SOUTHWEST AIRLINE CO.,<br><br>    Defendant | Case No.: 2:24-cv-01799-APG-DJA<br><br>**Order Denying as Moot Motions to Dismiss and for Judicial Notice**<br><br>[ECF Nos. 8, 10] |

In light of the amended complaint (ECF No. 24),

I ORDER that the defendant's motions to dismiss and for judicial notice (ECF Nos. 8, 10) are DENIED as moot because they are directed at the original complaint.

DATED this 4th day of February, 2025.

                                                                                         _____
                                                                                         ANDREW P. GORDON
                                                                                         CHIEF UNITED STATES DISTRICT JUDGE