Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No. 159137
(*pro hac vice*)
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JALA HARPER, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

SOUTHWEST AIRLINES CO., a foreign corporation, and DOES 1-50, inclusive,

Defendants.

Case No.: 2:24-cv-001799-APG-DJA

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff JALA HARPER, by and through her attorneys of record, Jason L. Kuller, Esq. and Robert Montes, Jr., Esq. of Rafii & Associates, P.C., and Defendants SOUTHWEST AIRLINES CO. ("Defendants"), by and through their counsel of record, David L. Cheng and Min K. Kim of Ford Harrison LLP, hereby stipulate and agree to extend the time for Plaintiff to file an Opposition to Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment; Memorandum of Points and Authorities in Support Thereof from **September 21, 2026** to **October 01, 2026** pursuant to LR IA 6-1 and 6-2.

The deadline for Plaintiffs to file their Opposition to Motion for Summary Judgment ("Opp.") is **September 21, 2026**. Defendant filed their Motion for Summary Judgment, or in the alternative, Partial Summary Judgment; Memorandum of Points and Authorities in Support Thereof [ECF No. 56] on August 31, 2026. Plaintiff and Defendants have stipulated to extend the deadline for Plaintiff to file the Opp. to October 01, 2026.

This request was made due to a continuation of Plaintiff's counsel's health issues which have limited counsel's ability to work. Plaintiff's counsel underwent treatment - including a surgical procedure - during the week of September 13, 2026 to September 20, 2026. Plaintiff's counsel also observed religious holiday(s) (e.g., Yom Kippur) during this period. This request is made in good faith and not for the purpose of delay.

Dated this 21st day of September, 2026.

FORD HARRISON LLP

*<u>/s/ David Cheng</u>*
David L. Cheng, Esq.
CA State Bar No. 240926
Min K. Kim, Esq.
CA State Bar No. 3058846
350 South Grand Avenue Suite 2300
Los Angeles, California 90071
*Attorneys for Defendants Southwest Airlines Co.*

Dated this 21st day of September, 2026.

RAFII & ASSOCIATES, P.C.

*<u>/s/Robert Montes</u>*
Robert Montes, Jr., Esq.
(*pro hac vice* – CA State Bar No. 159137)
Jason L. Kuller, Esq.
Nevada Bar No. 12244
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**<u>ORDER</u>**

**GOOD CAUSE SHOWN, IT IS ORDERED** that Plaintiff's deadline to file an opposition or responsive brief to Defendants' Motion for Summary Judgment, or in the alternative, Partial Summary Judgment ("Motion") shall be extended to October 1, 2026. Per LR IA 7-2(b), the deadline to file and serve any reply in support of the Motion shall continue to be 14 days after service of Plaintiff's response to the Motion.

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 22, 2026

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS